```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16572
    LARNCE RANDLE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6168

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/14/2006 and was not confirmed.

     The case was dismissed without confirmation 06/04/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL         CURRENT MORTG          .00          .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE     19216.10          .00           .00
ACC CONSUMER FINANCE L    UNSECURED        NOT FILED          .00           .00
CITIBANK                  UNSECURED        NOT FILED          .00           .00
CITIBANK                  UNSECURED        NOT FILED          .00           .00
CITIBANK                  UNSECURED        NOT FILED          .00           .00
CITIBANK                  UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON       UNSECURED           749.12          .00           .00
DEVRY INC                 UNSECURED          3000.00          .00           .00
GLELSI/GCO ELF            UNSECURED        NOT FILED          .00           .00
GLOBAL PAYMENTS           UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED          1831.39          .00           .00
NDC CHECK SERVICES        UNSECURED          1025.00          .00           .00
PARAGON WAY INC           UNSECURED           254.10          .00           .00
SURETY FINANCIAL SERVICE  UNSECURED        NOT FILED          .00           .00
UNIVERSAL LENDER INC      UNSECURED        NOT FILED          .00           .00
GALWAY FINANCIAL SVC LLC  UNSECURED           585.00          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          4207.14          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED          .00           .00
DEVRY INC                 UNSECURED          1756.94          .00           .00
ACC CONSUMER FINANCE L    SECURED NOT I         .00           .00           .00
GLEASON & GLEASON LLC     DEBTOR ATTY       2,500.00                     253.58
TOM VAUGHN                TRUSTEE                                         16.76
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     270.34

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16572 LARNCE RANDLE
```

```
ADMINISTRATIVE                                              253.58
TRUSTEE COMPENSATION                                         16.76
DEBTOR REFUND                                                  .00
                                          ---------------   ---------------
TOTALS                                            270.34           270.34
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 10/25/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE